United States District Court
Southern District of Texas
**ENTERED**
January 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TARGA GAS MARKETING LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-CV-01258 |
| | § | |
| **KOCH ENERGY SERVICES, LLC,** | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the December 18, 2024, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 129). Judge Bray made findings and conclusions and recommended granting in part and denying in part Plaintiff Targa Gas Marketing LLC's ("Targa") Motion for Partial Summary Judgment. (*See id.* at 12). Judge Bray also recommended denying Defendant Koch Energy Services, LLC's ("Koch") Objections and Motion to Strike. (*Id.*).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On January 2, 2025, Targa filed its objections to the M&R. (Dkt. No. 130).

Targa objects to two of Judge Bray's conclusions: (1) that "there is a fact question about whether Targa was entitled to claim force majeure," (Dkt. No. 129 at 11); and (2) that Fifth Circuit caselaw leaves open the "possibility that a party may be required to discharge its 'reasonable efforts' requirement by purchasing replacement gas," (*id.* at 12). (*See* Dkt. No. 130).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Judge Bray's M&R, (Dkt. No. 129), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Targa's Motion for Partial Summary Judgment, (Dkt. No. 65), is **GRANTED in part** and **DENIED in part** as explained in the M&R.

(3) Koch's Objections and Motion to Strike, (Dkt. No. 88), are **DENIED**.

It is SO ORDERED.

Signed on January 14, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

2